## Commonwealth *v.* Skipper, Petitioner.

Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Thomas M. Reese,* for petitioner.

*Amos Davis,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, December 2, 1969:
Petition granted and appeal allowed. Counsel's attention is directed to *U. S. ex rel. Chambers v. Ma-*

*roney,* 408 F. 2d 1186 (3d Cir. 1969), cert. granted, 396 U.S. 900 (1969).